IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02211-BNB

JESSIE AILSWORTH, JR.,

    Applicant,

v.

D. BERKEBILE, Warden, F.P.C. Florence,

    Respondent.

## ORDER OF DISMISSAL

    Applicant, Jessie Ailsworth, Jr., is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the Federal Prison Camp in Florence, Colorado. He submitted *pro se* an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and a letter (ECF No. 3) informing the Court that the $5.00 filing fee would be paid under separate cover. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined the submitted documents were deficient.

    On August 19, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Ailsworth to cure certain deficiencies in the case within thirty days if he wished to pursue his claims in this Court. Specifically, Mr. Ailsworth was directed either to pay the $5.00 filing fee or submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action together with a certificate showing current balance in prison account. The August 19 order also

directed him to file on the proper Court-approved form an amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that named his custodian as the proper Respondent.  The August 19 order warned Mr. Ailsworth that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On August 28, 2013, Mr. Ailsworth submitted an amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 5) and a letter (ECF No. 6) again informing the Court that the $5.00 filing fee would be paid under separate cover. However, Mr. Ailsworth failed within the time allowed either to pay the $5.00 filing fee or submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action together with a certificate showing current balance in prison account.  Therefore, the Court will deny the amended application and dismiss this action for failure to cure deficiencies.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Ailsworth files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 5) is denied and the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Jessie Ailsworth, Jr., to cure the deficiencies designated in the order of August 19, 2013.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any other pending motions are denied as moot.

DATED at Denver, Colorado, this   16th   day of    October     , 2013.

BY THE COURT:

   s/Christine M. Arguello   
CHRISTINE M. ARGUELLO,
United States District Judge, for
LEWIS T. BABCOCK, Senior Judge
United States District Court